# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>Board of Trustees of the Northern Illinois Benefit Fund, et al.<br>　　　　　　　　　Plaintiff,<br>　V.<br>Temp Control, Inc., an Illinois Corporation<br>　　　　　　　　　Defendants, | Case Number:<br><br>FILED: MAY 22, 2008<br>08CV2993　　　　TC<br>JUDGE ST. EVE<br>MAGISTRATE JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| NAME (Type or print) |
|---|
| DONALD D. SCHWARTZ |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/Donald D. Schwartz |

| FIRM |
|---|
| ARNOLD AND KADJAN |

| STREET ADDRESS |
|---|
| 19 WEST JACKSON BLVD. |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL. 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 03124459 | (312) 236-0415 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | |
|---|---|---|
| | YES ☑ | NO ☐ |

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | |
|---|---|---|
| | YES ☐ | NO ☑ |

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | |
|---|---|---|
| | YES ☑ | NO ☐ |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | |
|---|---|---|
| | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐　　　　APPOINTED COUNSEL ☐ |