AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

BOARD OF TRUSTEES OF THE NORTHERN
ILLINOIS BENEFIT FUND, et al.

PLAINTIFFS,

V.

TEMP CONTROL, INC.,
an Illinois Corporation

DEFENDANT.

CASE NUMBER: 08CV2993

JUDGE ST. EVE
MAGISTRATE JUDGE BROWN

DESIGNATED JUDGE

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)
TEMP CONTROL, INC.
c/o its registered agent, Allicja U. Miller
670 Lunt Ave.
Elk Grove Village, IL 60007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD D. SCHWARTZ
PHILIP BRZOZOWSKI
ARNOLD AND KADJAN
19 WEST JACKSON BLVD., SUITE 300
CHICAGO, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

*(signature)*

(By) DEPUTY CLERK



May 22, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/16/08 @ 11:10 am |
| NAME OF SERVER (PRINT) Brian Riebel | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
Served Temp Control Inc c/o Reg. Agent Alicia Miller (w/F 45, curly blond hair) at office 670 Lunt Ave Elk Grove Village IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/16/08
                    Date                    Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068
                    Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.